Gloria P. Martinez-Senftner
MARTINEZ-SENFTNER LAW FIRM, P.C.
2999 Douglas Blvd. Ste 205
Roseville, California 95661
Telephone: (916) 797-9907
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CR. No. S-05-491 EJG |
| Plaintiff,   ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v.   ) | EXCLUDING TIME |
| ) | |
| JUAN MANUAL ROJAS RODRIGUEZ,   ) | |
| aka Juan Rojas Rodriguez   ) | |
| Defendant.   ) | Hon. Edward J. Garcia |
| ) | |

The parties request that the status conference currently set for October 6, 2006, be continued to October 20, 2006, and stipulate that the time beginning October 6, 2006, and extending through October 20, 2006, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for all parties need more time to evaluate a possible plea disposition and information relevant to sentencing.

1

1  The parties stipulate and agree that the interests of justice
2  served by granting this continuance outweigh the best interests
3  of the public and the defendants in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

                                    Respectfully Submitted,

                                    Gloria P. Martinez-Senftner
                                    Attorney for Defendant

Dated:  October 4, 2006      By:/s/ Gloria P. Martinez-Senftner
                                GLORIA P. MARTINEZ-SENFTNER
                                Attorney for Defendant


Dated:  October 4, 2006      By:/s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney


**ORDER**

   The status conference in case number CR. S-05-491 EJG, currently set for October 6, 2006, is continued to October 20, 2006, and the time beginning October 6, 2006, and extending through October 20, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.


Dated:__October 5, 2006_____
_____         /s/ Edward J. Garcia_____
                                  Edward J. Garcia
                                  United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28